**Deny and Opinion Filed this 19th day of June, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00795-CV

### IN RE MITCHELL KAZU ASTALOS, Relator

**Original Proceeding from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-52696-06**

## MEMORANDUM OPINION

Before Justices Moseley, Lang-Miers, and Brown
Opinion by Justice Moseley

This petition for writ of mandamus and prohibition arises from a suit affecting the parent child relationship. The facts and issues are well-known to the parties, so we do not recount them here. The petition fails to comply with the Texas Rules of Appellate procedure because is not properly authenticated and includes an incomplete record. *See* TEX. R. APP. P. 52.3(j), 52.7(a)(1). Relator has failed to establish he is entitled to the relief sought. TEX. R. APP. P. 52.8. Accordingly, we **DENY** relator's petition for writ of mandamus and prohibition.

140795F.P05

/Jim Moseley/
JIM MOSELEY
JUSTICE